IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
Fayetteville Division

In re:

ALLENS, INC.,

Debtor.

Chapter 11

Case No. 13-73597

### LIST OF CREDITORS HOLDING TWENTY (20) LARGEST UNSECURED CLAIMS

    Following is the list of the creditors holding the 30 largest unsecured claims against Debtor Allens, Inc. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty (20) largest claims. The information contained herein shall not constitute an admission of liability by, nor shall it be binding on, the Debtor. The information contained herein, including the failure of the Debtor to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtor's right to contest the validity, priority or amount of any claim.

| | (1)<br>Name of creditor | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government, contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (if secured, the value of security) |
|---|---|---|---|---|---|
| 1 | BALL METAL FOOD CONTAINER CO. | 10 LONGS PEAK DRIVE<br>BROOMFILELD, CO 80021<br>ATTN: GENERAL COUNSEL<br>PHONE: (303) 533-7002<br>FAX: (303) 460-2315 | TRADE DEBT | | $46,262,655.32 |
| 2 | CROWN CORK & SEAL USA, INC. | 1 CROWN WAY<br>PHILADELPHIA, PA 19154-4599<br>ATTN: GENERAL COUNSEL<br>PHONE: (215) 698-5100<br>FAX: (215) 856-5568 | TRADE DEBT | | $18,041,569.79 |
| 3 | HARTUNG BROTHERS INC | 708 HEARTLAND TRAIL<br>SUITE 2000<br>MADISON, WI 53717-2099<br>ATTN: GENERAL COUNSEL<br>PHONE: (608) 829-6000<br>FAX: (608) 829-6001 | TRADE DEBT | | $7,773,259.55 |

NY 371119407v2

| | (1)<br>Name of creditor | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government, contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (if secured, the value of security) |
|---|---|---|---|---|---|
| 4 | RAZORBACK FARMS INC | 2001 WEST SHADY GROVE ROAD<br>SPRINGDALE, AR 72764<br>ATTN: GENERAL COUNSEL<br>PHONE: (479) 756-6141<br>FAX: (479) 756-6824 | TRADE DEBT | | $4,139,881.56 |
| 5 | RYDER INTEGRATED LOGISTICS INC | 11690 NW 105TH STREET<br>MIAMI, FL 33178<br>ATTN: GENERAL COUNSEL<br>PHONE: (305) 500-3726<br>FAX: (305) 593-3336 | TRADE DEBT | | $3,615,758.45 |
| 6 | D & E FARMS INC | 5115 BENTZ RD.<br>SPRING GROVE, PA 17362<br>ATTN: GENERAL COUNSEL<br>PHONE: (717) 225-5517<br>FAX: (717) 225-3404 | TRADE DEBT | | $1,902,114.66 |
| 7 | PARAMOUNT FARMS INC<br>6091 | 5340 3RD AVENUE<br>PLAINFIELD, WI 54966<br>ATTN: OWNER<br>PHONE: (715) 335-6357<br>FAX: (715) 335- | TRADE DEBT | | $1,727,655.86 |
| 8 | WORZELLA & SONS INC | 2801 HOOVER AVE<br>PLOVER, WI 54467<br>ATTN: OWNER<br>PHONE: (479) 271-1051<br>FAX: (715) 344-4803 | TRADE DEBT | | $1,216,016.07 |
| 9 | H C SCHMIEDING PRODUCE CO INC | 2330 N THOMPSON ST.<br>SPRINGDALE, AR 72764<br>ATTN: GENERAL COUNSEL<br>PHONE: (479) 751-0515<br>FAX: (479) 751-6831 | TRADE DEBT | | $1,195,411.65 |
| 10 | BUSHMAN ASSOCIATES INC | 9097 RIVER RD<br>WITTENBERG, WI 54499<br>ATTN: JOHN BUSHMAN JR.<br>PHONE: (715) 454-6200<br>FAX: (715) 454-6506 | TRADE DEBT | | $950,779.23 |
| 11 | SYNGENTA SEEDS INC | 11055 WAYZATA BLVD<br>MINNETONKA, MN 55305<br>ATTN: GENERAL COUNSEL<br>PHONE: (612) 656-8600<br>FAX: (763) 593-7218 | TRADE DEBT | | $828,930.34 |

NY 371119407v2

| (1) Name of creditor | (2) Name, telephone number and complete mailing address, including zip code, of employee agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government, contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim (if secured, the value of security) |
|---|---|---|---|---|
| 12 BENTON COUNTY TAX COLLECTOR | 215 E CENTRAL STE 3 BENTONVILLE, AR 72712-5270 ATTN: GENERAL COUNSEL PHONE: (479) 271-1040 FAX: (479) 271-1051 | TAX | | $579,036.19 |
| 13 INTERNATIONAL PAPER COMPANY | 6400 POPLAR AVENUE MEMPHIS, TN 38197 ATTN: VP/GM CTA SOUTH PHONE: (901) 419-9000 FAX: (901) 763-6140 | TRADE DEBT | | $553,617.19 |
| 14 AMERICOLD | 10 GLENLAKE PARKWAY SOUTH TOWER SUITE 800 ATLANTA, GA 30328 ATTN: CFO & LEGAL PHONE: (678) 441-1400 FAX: (678) 441-6824 | LEASE | | $550,000.00 |
| 15 TRIPLE S FARMS | RT 1 BOX 132A HYDRO, OK 73048 ATTN: OWNER PHONE: (217) 895-3652 FAX: (217) 895-3652 | TRADE DEBT | | $515,096.97 |
| 16 OKRAY FAMILY FARMS, INC. | 3001 RIVER DR PLOVER, WI 54467 ATTN: OWNER PHONE: (715) 344-2526 FAX: (715) 344-7324 | TRADE DEBT | | $514,651.69 |
| 17 BANK DIRECT CAPITAL FINANCE | 150 NORTH FIELD DRIVE TWO CONWAY PARK, SUITE 190 LAKE FOREST, IL 60045 ATTN: GENERAL COUNSEL PHONE: (877) 226-5456 FAX: (877) 226-5297 | TRADE DEBT | | $455,829.96 |
| 18 BONDUELLE, INC. | 62780 COLLECTION CENTER DR CHICAGO, IL 60693-0627 ATTN: GENERAL COUNSEL PHONE: (450) 787-3411 FAX: (450) 787-3537 | TRADE DEBT | | $455,667.53 |

NY 371119407v2

| | (1) Name of creditor | (2) Name, telephone number and complete mailing address, including zip code, of employee agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government, contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim (if secured, the value of security) |
|---|---|---|---|---|---|
| 19 | POMP'S SERVICES INC | 5973 CTY S<br>SOBIESKI, WI 54171<br>ATTN: GENERAL COUNSEL<br>PHONE: (920) 826-2039<br>FAX: (920) 826-7753 | TRADE DEBT | | $439,625.48 |
| 20 | J&J POTATOES & FARM CREDIT NCW | 8390 RIVER RD<br>WITTENBERG, WI 54499<br>ATTN: GENERAL COUNSEL<br>PHONE: (715) 454-6390<br>FAX: N/A | TRADE DEBT | | $427,268.45 |

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
Fayetteville Division

| | |
|---|---|
| In re: <br><br> ALLENS, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 13-73597 |

**CERTIFICATION CONCERNING LIST OF
<u>CREDITORS HOLDING TWENTY (20) LARGEST UNSECURED CLAIMS</u>**

The above-captioned debtor and debtor in possession (the "**Debtor**") hereby certifies under penalty of perjury that the *List of Creditors Holding the Twenty (20) Largest Unsecured Claims* (the "**Top 20 List**"), submitted herewith, is complete, and to the best of the Debtor's knowledge, correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the Top 20 List have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of October, 2013.

/s/ Jonathan C. Hickman
By:    Jonathan C. Hickman
Title:   Chief Restructuring Officer

NY 371119407v2