## IN IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
### Fayetteville Division

| | |
|---|---|
| In re: | Chapter 11 |
| ALLENS, INC., | Case No. 13-73597 |
| Debtor. | |

### CERTIFICATION CONCERNING EQUITY SECURITY HOLDERS

The above-captioned debtor and debtor in possession (the "**Debtor**") hereby certifies under penalty of perjury that the list submitted herewith, pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, containing the *List of Security Equity Holders* of the Debtor for the common stock only, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

Executed this 28th day of October, 2013.

/s/ Jonathan C. Hickman

By: Jonathan C. Hickman

Title: Chief Restructuring Officer

NY 371119407v2

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF ARKANSAS
#### Fayetteville Division

In re:

ALLENS, INC.,

Debtor.

Chapter 11

Case No. 13-73597

## LIST OF EQUITY SECURITY HOLDERS

| Name | Address | % Equity Interest |
|------|---------|-------------------|
| ALL VEG, LLC | 305 E. Main Street<br>Siloam Springs, AR 72761 | 100% |

*NY 371119407v2*