Form nhrg

# UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

---

In Re: Allens, Inc.
Debtor

Case No.: 5:13–bk–73597
Chapter: 11
Judge: Ben T Barry

PLEASE TAKE NOTICE that a Hearing has been scheduled before Judge Ben T Barry at

U.S. Federal Building, 35 E. Mountain St., 4th Floor, Room 416, Fayetteville, AR 72701

on 10/29/13 at 01:30 PM

to consider and act upon the following:

*6* – Motion for Joint Administration for Procedural Purposes Only Filed by Stan D. Smith on behalf of Allens (Attachments: # 1 Exhibit) (Smith, Stan)

*7* – Motion to Pay AND HONOR ALL: (1) PREPETITION COMPENSATION AND BENEFITS TO EMPLOYEES, (II) PREPETITION COMPENSATION AND RELATED FEES ASSOCIATED WITH TEMPORARY EMPLOYEES, (III) PREPETITION EMPLOYEE BENEFIT PROGRAMS; AND (IV) WITHHOLDING OBLIGATIONS, AND (B) AUTHORIZING BANKS TO HONOR RELATED TRANSFERS Filed by Stan D. Smith on behalf of Allens, Inc. (Smith, Stan)

*8* – Motion to Pay AND HONOR ALL: (I) PREPETITION COMPENSATION AND BENEFITS TO EMPLOYEES, (II) PREPETITION COMPENSATION AND RELATED FEES ASSOCIATED WITH TEMPORARY EMPLOYEES, (III) PREPETITION EMPLOYEE BENEFIT PROGRAMS; AND (IV) WITHHOLDING OBLIGATIONS, AND (B) AUTHORIZING BANKS TO HONOR RELATED TRANSFERS Filed by Stan D. Smith on behalf of Allens, Inc. (Attachments: # 1 Exhibit) (Smith, Stan)

*10* – Motion for Authority OF THE DEBTORS FOR ENTRY OF AN ORDER (A) AUTHORIZING THE MAINTENANCE OF BANK ACCOUNTS AND CONTINUED USE OF EXISTING BUSINESS FORMS AND CHECKS, (B) AUTHORIZING THE CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM, AND (C) WAIVING CERTAIN INVESTMENT AND DEPOSIT GUIDELINES Filed by Stan D. Smith on behalf of Allens, Inc. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit) (Smith, Stan)

*11* – Motion for Authority OF THE DEBTORS FOR ENTRY OF AN ORDER (A) AUTHORIZING THE MAINTENANCE OF BANK ACCOUNTS AND CONTINUED USE OF EXISTING BUSINESS FORMS AND CHECKS, (B) AUTHORIZING THE CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM, AND (C) WAIVING CERTAIN INVESTMENT AND DEPOSIT GUIDELINES Filed by Stan D. Smith on behalf of Allens, Inc. (Attachments: # 1 Exhibit # 2 Exhibit) (Smith, Stan)

*13* – Motion for Authority OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO HONOR CERTAIN PREPETITION OBLIGATIONS TO CUSTOMERS AND TO OTHERWISE CONTINUE CERTAIN PREPETITION CUSTOMER PRACTICES AND PROGRAMS IN THE ORDINARY COURSE OF BUSINESS Filed by Stan D. Smith on behalf of Allens, Inc. (Attachments: # 1 Exhibit) (Smith, Stan)

*14* – Motion to Pay CERTAIN PREPETITION SHIPPING AND WAREHOUSING CHARGES IN THE ORDINARY COURSE OF BUSINESS Filed by Stan D. Smith on behalf of Allens, Inc. (Attachments: # 1 Exhibit) (Smith, Stan)

*15* – Motion for Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company Under Section 366(b) MOTION OF THE DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS PURSUANT TO SECTIONS 105(a) AND 366 OF THE BANKRUPTCY CODE (A) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE, (B) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE, AND (C) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT Filed by Stan D. Smith on behalf of Allens, Inc. (Attachments: # 1 Exhibit # 2 Exhibit) (Smith, Stan)

Dated: 10/28/13

                                          Jean Rolfs, Clerk
                                          By:
                                          Angie R. Squires
                                          Deputy Clerk

5:13-bk-73597 Doc#: 17 Filed: 10/28/13 Entered: 10/28/13 14:28:37 Page 2 of 2