IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
Fayetteville Division

| | |
|---|---|
| In re: | Chapter 11 |
| ALLENS, INC. and ALL VEG, LLC,[1] | Case No. 13-73597 and 13-73598 |
| Debtors. | (Joint Administration Requested) Under Case No. 13-73597 |

**MOTION TO LIMIT NOTICE, APPROVE SPECIAL SERVICE LIST
AND ESTABLISH NOTICE PROCEDURES**

The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby move the Court (the "**Motion**") pursuant to Rules 2002(m) and 9006(c) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), for entry of an order, substantially in the form of the proposed order attached hereto as **Exhibit A**, limiting notice to certain creditors and parties in interest, approving a special service list and establishing notice procedures. In support of the Motion, the Debtors respectfully state as follows:

**Status of the Case**

1. On the date hereof (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. The Debtors continue in possession of their properties and are operating and managing their business as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. No request has been made for the appointment of a trustee or examiner and a creditors' committee has not yet been appointed in these cases.

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: All Veg, LLC (9250) and Allens, Inc. (5020). The Debtors' business address is 305 E. Main Street, Siloam Springs, Arkansas 72761.

1

**Jurisdiction, Venue, and Statutory Predicates**

4. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. § 1408. This matter is core within the meaning of 28 U.S.C. § 157(b)(2).

5. The statutory predicate for the relief sought herein are Bankruptcy Rules 2002(m) and 9006(c).

**Relief Requested**

6. The Debtors anticipate filing or have filed the motions and pleadings (collectively, "**First Day Motions**") below immediately following the filing of the Petitions that necessitate limited notice:

   a) Motion Of The Debtors For Entry Of An Order Authorizing And Directing The Joint Administration Of The Debtors' Chapter 11 Cases For Procedural Purposes Only [Docket Entry No. 6];

   b) Debtors' Motion for Entry of Orders Pursuant to 11 U.S.C. Sections 105, 361, 362, 363 and 364 and Rules 2002, 4001, and 9014 of the Federal Rules of Bankruptcy Procedures (I) Authorizing Debtors to Incur Post-Petition Secured Indebtedness, (II) Granting Liens and Superpriority Claims to the DIP Lenders, (III) Authorizing Use of Cash Collateral and Providing Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling Final Hearing [Docket Entry No. 25];

   c) Motion Of The Debtors For Entry Of An Order (A) Authorizing The Debtors To Pay And Honor All: (I) Prepetition Compensation And Benefits To Employees, (II) Prepetition Compensation And Related Fees Associated With Temporary Employees, (III) Prepetition Employee Benefit Programs; And (IV) Withholding Obligations, And (B) Authorizing Banks To Honor Related Transfers [Docket Entry No. 8];

   d) Motion Of The Debtors For Entry Of An Order (A) Authorizing The Maintenance Of Bank Accounts And Continued Use Of Existing Business Forms And Checks, (B) Authorizing The Continued Use Of Existing Cash Management System, And (C) Waiving Certain Investment And Deposit Guidelines [Docket Entry No. 10];

e) Motion Of The Debtors For Entry Of An Order (A) Authorizing The Debtors To Pay Prepetition Sales, Use, And Similar Taxes And Regulatory Fees In The Ordinary Course Of Business, And (B) Authorizing Banks And Financial Institutions To Honor And Process Checks And Transfers Related Thereto [Docket Entry No. 11];

f) Motion Of The Debtors For Entry Of An Order Authorizing Debtors To (A) Maintain Existing Insurance Policies, Pay All Policy Premiums And Brokers' Fees Arising Thereunder, And Renew Or Enter Into New Policies, And (B) Continue Insurance Premium Financing Programs, Pay Insurance Premium Financing Obligations Arising In Connection Therewith And Renew Or Enter Into New Premium Financing Arrangements [Docket Entry No. 12];

g) Motion Of The Debtors For Entry Of An Order Authorizing The Debtors To Honor Certain Prepetition Obligations To Customers And To Otherwise Continue Certain Prepetition Customer Practices And Programs In The Ordinary Course Of Business [Docket Entry No. 13];

h) Motion Of The Debtors For Entry Of An Order Authorizing The Debtors To Pay Certain Prepetition Shipping And Warehousing Charges In The Ordinary Course Of Business [Docket Entry No. 14];

i) Motion Of The Debtors For Entry Of Interim And Final Orders Pursuant To Sections 105(A) And 366 Of The Bankruptcy Code (A) Prohibiting Utilities From Altering, Refusing, Or Discontinuing Service, (B) Deeming Utilities Adequately Assured Of Future Performance, And (C) Establishing Procedures For Determining Adequate Assurance Of Payment [Docket Entry No. 15]; and

j) Application For Entry Of An Order Authorizing The Employment And Retention Of Epiq Bankruptcy Solutions, LLC As Noticing And Claims Agent [Docket Entry No. 27].

7. In addition, the Debtors anticipate that as the cases progress, it will be necessary to file a number of additional motions and applications ("**Case Motions**").

8. The Debtors respectfully request that the Court limit notice of the First Day Motions and Case Motions, other than those set forth in Federal Rule of Bankruptcy Procedure 2002(a)(1), (a)(2), (a)(4), (a)(5), (a)(7), (b) and (f), to the following (the "**Special Service List**"):

a) the United States Trustee;

b) creditors listed on the List of Creditors Holding 20 Largest Unsecured Claims, until such time as a creditors' committee may be appointed, and then to counsel to such committee in lieu of the 20 largest creditors;

c) counsel for the Debtors' pre and post petition secured lenders;

d) Internal Revenue Service;

e) United States Attorney General's Office of the Western District of Arkansas;

f) other parties requesting notice in this case pursuant to Bankruptcy Rule 2002; and

g) parties to the particular motion, if applicable.

9. The Debtors respectfully request approval of the Special Service List and approval to update and amend the Special Service List from time to time to add parties requesting notice without further motion or order from the Court. The Special Service List as requested in this Motion will provide creditors and other interested parties with adequate notice and opportunity to object as required by the Bankruptcy Code and the Bankruptcy Rules.

10. The Debtors respectfully request that the procedures set forth in this Motion be approved for cause shown and adopted *nunc pro tunc* as of the Petition Date.

## Notice

11. As this Motion is seeking "first day" relief, the Debtors are serving copies of the Motion as a "First Day Motion" by email, fax or overnight mail to the Special Service List. The Debtors respectfully submit that because the relief requested in this Motion is necessary to avoid immediate and irreparable harm to the Debtors' estates, cause exists to limit the notice pursuant to 11 U.S.C. § 102(1) and Bankruptcy Rule 2002(a)(2) and that no other or further notice is necessary.

NY 243356163v6

WHEREFORE, the Debtors request that the Court enter an Order limiting notice and establishing notice procedures as set forth in this Motion and for any and all other just relief to which it is entitled.

Dated: October 28, 2013    Respectfully submitted,

      MITCHELL, WILLIAMS, SELIG,
      GATES & WOODYARD, P.L.L.C.
      425 West Capitol Avenue, Suite 1800
      Little Rock, Arkansas 72201-3525
      Telephone: (501) 688-8800
      Facsimile: (501) 688-8807

      By:   */s/ Stan D. Smith*
           Stan D. Smith (Ark. Bar No. 90117)
           Lance R. Miller (Ark. Bar No. 85109)
           Chris A. McNulty (Ark. Bar No. 08198)

      -and-

      GREENBERG TRAURIG, LLP
      Nancy A. Mitchell (*pro hac vice pending*)
      Maria J. DiConza (*pro hac vice pending*)
      Matthew L. Hinker (*pro hac vice pending*)
      200 Park Avenue
      New York, New York 10166
      Telephone: (212) 801-9200
      Facsimile: (212) 801-6400

      *Proposed Counsel for the Debtors*
      *and Debtors in Possession*

5