Form nhrg

## UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

---

In Re:      Allens, Inc.
              Debtor

Case No.: 5:13–bk–73597
Chapter: 11
Judge: Ben T Barry

PLEASE TAKE NOTICE that a Hearing has been scheduled before Judge Ben T Barry at

U.S. Federal Building, 35 E. Mountain St., 4th Floor, Room 416, Fayetteville, AR 72701

on 10/29/13 at 01:30 PM

to consider and act upon the following:

*12* – Motion for Authority OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO (A) MAINTAIN EXISTING INSURANCE POLICIES, PAY ALL POLICY PREMIUMS AND BROKERS FEES ARISING THEREUNDER, AND RENEW OR ENTER INTO NEW POLICIES, AND (B) CONTINUE INSURANCE PREMIUM FINANCING PROGRAMS, PAY INSURANCE PREMIUM FINANCING OBLIGATIONS ARISING IN CONNECTION THEREWITH AND RENEW OR ENTER INTO NEW PREMIUM FINANCING ARRANGEMENTS Filed by Stan D. Smith on behalf of Allens, Inc. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit) (Smith, Stan) Modified text on 10/29/2013 to match pleading title (Bell, Allison).

*15* – Motion for Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company Under Section 366(b) MOTION OF THE DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS PURSUANT TO SECTIONS 105(a) AND 366 OF THE BANKRUPTCY CODE (A) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE, (B) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE, AND (C) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT Filed by Stan D. Smith on behalf of Allens, Inc. (Attachments: # 1 Exhibit # 2 Exhibit) (Smith, Stan)

*25* – Motion to Use Cash Collateral DEBTORS MOTION FOR ENTRY OF ORDERS PURSUANT TO 11 U.S.C. SECTIONS Filed by Stan D. Smith on behalf of Allens, Inc. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit) (Smith, Stan)

*27* – Motion for Authority APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF EPIQ BANKRUPTCY SOLUTIONS, LLC Filed by Stan D. Smith on behalf of Allens, Inc. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit) (Smith, Stan)

*32* – Motion to Limit Notice MOTION TO LIMIT NOTICE, APPROVE SPECIAL SERVICE LIST Filed by Stan D. Smith on behalf of Allens, Inc. (Attachments: # 1 Exhibit) (Smith, Stan)

Dated: 10/29/13

                                                   Jean Rolfs, Clerk
                                                   By:
                                                   Angie R. Squires
                                                   Deputy Clerk