**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**5:13-BK-73597**
**CHAPTER 11**

**IN RE:**      ALLEN'S INC.,    DEBTOR IN POSSESSION

**ENTRY OF APPEARANCE**

COME NOW Stanley V Bond and Erin Curry and hereby enter their appearance as attorneys of record in the captioned bankruptcy case for creditor and claimant under the Perishable Agricultural Commodities Act Hartung Brothers, Inc. and demand notice of all proceedings in this case.

**BOND LAW OFFICE**

By:    /s/ Stanley V Bond
        Stanley V Bond      93034
        Erin H Curry        2012-157
        Attorneys at Law
        PO Box 1893
        Fayetteville, AR  72702-1893
        (V)479.444.0255
        (F)479.444.7141
        E-mail: attybond@me.com

**CERTIFICATE OF SERVICE**

I, Stanley V Bond, do hereby certify that a copy of the foregoing document has been served by first-class mail and/or fax and/or e-mail on the following persons or entities pursuant to the Federal Rules of Bankruptcy Procedure:

*All parties receiving electronic notice.*

/s/ Stanley V Bond                Date:  10-29-2013