IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ALLENS, INC., | ) | Bankruptcy No. 13-73597 |
| | ) | Chapter 11 |
| | ) | Hon. Ben T. Barry |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE & REQUEST FOR NOTICE

BALL CORPORATION, a party in interest herein, hereby requests that parties in interest serve copies of all pleadings filed herein, except proofs of claim, upon it in care of its counsel below.

Dated: October 30, 2013

*/s/ Matthew N. Kriegel*
Matthew N. Kriegel
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

Attorneys for Creditor
BALL CORPORATION

CERTIFICATE OF SERVICE

  I hereby certify that on October 30, 2013, a copy of the foregoing instrument was served by CM/ECF upon the following:

Stan Smith
Attorney for the Debtor

and upon such other entities as listed in the CM/ECF system at the time of filing.

            /s/ *Matthew N. Kriegel*
            Matthew N. Kriegel