# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS
# Fayetteville Division

| | |
|---|---|
| In re:<br><br>ALLENS, INC. and ALL VEG, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 5:13-bk-73597 (BTB)<br>and 5:13-bk-73598 (BTB)<br><br>(Joint Administration Requested)<br>Under Case No. 5:13-bk-73597 (BTB) |

## ORDER GRANTING MOTION TO LIMIT NOTICE, APPROVING SPECIAL SERVICE LIST, AND ESTABLISHING NOTICE PROCEDURES

Before the Court is the Motion to Limit Notice, Approve Special Service List, and Establish Notice Procedures ("Motion") filed by the Debtors on October 28, 2013 [Docket Entry No. 32]. The Court, being fully advised and having determined that it is in the best interest of the Debtors, creditors, and all other parties-in-interest and does not prejudice the rights of any parties, and it further appearing that proper notice of the Motion was given ~~and that no objection was timely filed or that any timely objection is hereby overruled~~, hereby orders the following:

1. The Motion is hereby GRANTED ~~on an interim basis~~;

2. In the Motion, the Debtors request limiting notice of motions, applications, and pleadings below filed immediately following the filing of the Petitions (collectively, "**First Day Motions**") as well as additional motions, applications, and pleadings that will be filed as the cases progress (collectively, "**Case Motions**"):

    a) Motion Of The Debtors For Entry Of An Order Authorizing And Directing The Joint Administration Of The Debtors' Chapter 11 Cases For Procedural Purposes Only [Docket Entry No. 6];

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: All Veg, LLC (9250) and Allens, Inc. (5020). The Debtors' business address is 305 E. Main Street, Siloam Springs, Arkansas 72761.

1

*NY 243378078v2*

Entered On Docket: 10/30/2013

b)  Debtors' Motion For Entry Of Orders (I) Authorizing Debtors To Obtain Postpetition Financing Pursuant To Sections 363 And 364 Of The Bankruptcy Code, (II) Granting Liens And Superpriority Claims To The Postpetition Lender Pursuant To Section 364 Of Bankruptcy Code, (III) Authorizing Use Of Cash Collateral Pursuant To Section 363 Of The Bankruptcy Code, (IV) Providing Adequate Protection To Prepetition Lender Pursuant To Sections 361, 362, 363, And 364 Of Bankruptcy Code, And (V) Scheduling Final Hearing [Docket Entry No. 25];

c)  Motion Of The Debtors For Entry Of An Order (A) Authorizing The Debtors To Pay And Honor All:  (I) Prepetition Compensation And Benefits To Employees, (II)  Prepetition Compensation And Related Fees Associated With Temporary Employees, (III)  Prepetition Employee Benefit Programs; And (IV)  Withholding Obligations, And (B) Authorizing Banks To Honor Related Transfers [Docket Entry No. 8];

d)  Motion Of The Debtors For Entry Of An Order (A) Authorizing The Maintenance Of Bank Accounts And Continued Use Of Existing Business Forms And Checks, (B) Authorizing The Continued Use Of Existing Cash Management System, And (C) Waiving Certain Investment And Deposit Guidelines [Docket Entry No. 10];

e)  Motion Of The Debtors For Entry Of An Order (A) Authorizing The Debtors To Pay Prepetition Sales, Use, And Similar Taxes And Regulatory Fees In The Ordinary Course Of Business, And (B) Authorizing Banks And Financial Institutions To Honor And Process Checks And Transfers Related Thereto [Docket Entry No. 11];

f)  Motion Of The Debtors For Entry Of An Order Authorizing Debtors To (A) Maintain Existing Insurance Policies, Pay All Policy Premiums And Brokers' Fees Arising Thereunder, And Renew Or Enter Into New Policies, And (B) Continue Insurance Premium Financing Programs, Pay Insurance Premium Financing Obligations Arising In Connection Therewith And Renew Or Enter Into New Premium Financing Arrangements [Docket Entry No. 12];

g)  Motion Of The Debtors For Entry Of An Order Authorizing The Debtors To Honor Certain Prepetition Obligations To Customers And To Otherwise Continue Certain Prepetition Customer Practices And Programs In The Ordinary Course Of Business [Docket Entry No. 13];

h)  Motion Of The Debtors For Entry Of An Order Authorizing The Debtors To Pay Certain Prepetition Shipping And Warehousing Charges In The Ordinary Course Of Business [Docket Entry No. 14];

i)  Motion Of The Debtors For Entry Of Interim And Final Orders Pursuant To Sections 105(A) And 366 Of The Bankruptcy Code (A) Prohibiting Utilities

        From Altering, Refusing, Or Discontinuing Service, (B) Deeming Utilities Adequately Assured Of Future Performance, And (C) Establishing Procedures For Determining Adequate Assurance Of Payment [Docket Entry No. 15];

    j) Application For Entry Of An Order Authorizing The Employment And Retention Of Epiq Bankruptcy Solutions, LLC As Noticing And Claims Agent [Docket Entry No. 27].

3. The notice procedures for the **First Day Motions** and the **Case Motions** as set forth in the Debtors' Motion should be and hereby are approved and adopted, effective *nunc pro tunc* as of the Petition Date.

4. The Special Service List is approved and the Debtors are authorized to update and amend the Special Service List from time to time without further motion or order to add parties requesting notice. Subject to the terms of the Debtors' Motion, the Debtors shall serve on only those parties listed on the Special Service List, which shall be updated by the Debtors on a regular basis, as necessary. Any notice to be served upon creditors and parties-in-interest in this case shall be deemed to be adequately served when served on the parties listed on the current Special Service List and may be served by electronic mail to the extent permitted by the Federal Rules of Bankruptcy Procedure and Local Rules.

5. Service of all **First Day Motions** and **Case Motions** filed in these cases except those set forth in Federal Rule of Bankruptcy Procedure 2002(a)(1), (a)(2), (a)(4), (a)(5), (a)(7), (b) and (f) shall be limited to the following:

a) the United States Trustee;

b) creditors listed on the List of Creditors Holding 20 Largest Unsecured Claims, until such time as a creditors' committee may be appointed, and then to counsel to such committee in lieu of the 20 largest creditors;

c) counsel for the Debtors' pre and post petition secured lenders;

d) Internal Revenue Service;

e) United States Attorney General's Office of the Western District of Arkansas;

f) other parties requesting notice in this case pursuant to Bankruptcy Rule 2002; and

g) parties to the particular motion, if applicable.

6. Any party requesting electronic notification via CM/ECF shall file an entry of appearance and request for notice in this case. The Debtors shall add any party requesting notice to its notice list in a timely manner.

7. This Order shall be without prejudice to the Debtors' or any other party's right to propose alternative notice procedures at any later time in the case.

8. Within three (3) business days, the Debtors shall serve a copy of this Order on all known creditors and file proof of such service.

Dated: _____

_____

Ben Barry
United States Bankruptcy Judge
Dated: 10/30/2013

4

NY 243378078v2

Prepared and submitted by:

MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201-3525
Telephone: (501) 688-8800
Facsimile: (501) 688-8807
Stan D. Smith (Ark. Bar No. 90117)
Lance R. Miller (Ark. Bar No. 85109)
Chris A. McNulty (Ark. Bar No. 08198)

-and-

GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Nancy A. Mitchell
Maria J. DiConza
Matthew L. Hinker

*Proposed Counsel for the Debtors
and Debtors in Possession*

5