UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS (FAYETTEVILLE)

FILED
U.S. BANKRUPTCY COURT
EAST & WEST DISTS OF AR

OCT 30 2013

JEAN ROLFS, CLERK by AB

| | |
|---|---|
| In re<br><br>ALLENS, INC., *et al.*,<br><br>            Debtors. | Chapter 11<br><br>Case No. 5:13-bk-73597 (BTB)<br>Joint Administration Proposed |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that O'Melveny & Myers LLP hereby enters an appearance as an interested party pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in the above-captioned case be given and served upon the undersigned at the following address and telephone number:

> Stephen H. Warren, Esq.
> Karen Rinehart, Esq.
> O'MELVENY & MYERS LLP
> 400 South Hope Street
> Los Angeles, CA 90071-2899
> Telephone: (213) 430-6000
> Facsimile: (213) 430-6407
> E-mail: swarren@omm.com
> E-mail: krinehart@omm.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, electronic mail, personal delivery, telephone, facsimile or otherwise filed or given with regard to the above-referenced case and the proceedings therein.

Neither this notice of appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any right (i) to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) to any rights, claims, actions, defenses, setoffs or recoupments under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby.

Dated: October 29, 2013

Respectfully submitted,

/s/ Karen Rinehart

Stephen H. Warren, Esq.
Karen Rinehart, Esq.
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: swarren@omm.com
Email: krinehart@omm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 29, 2013, a true and correct copy of the foregoing Entry of Appearance and Request for Notice was served via regular mail upon the following:

Stan D. Smith
Mitchell, Williams, Selig, Gates & Woodyard
425 West Capitol Avenue, Suite 1800
Little Rock, AR  72201-3525

Office of the U.S. Trustee
200 West Capitol, Suite 1200
Little Rock, AR  72201

Andrew R. Turner
Conner & Winters, LLP
4000 One Williams Center
Tulsa, OK  74172-0148

Jason N. Bramlett
Friday, Eldredge & Clark, LLP
3425 North Futrall Drive, Suite 103
Fayetteville, AR  72703

Phyllis M. Jones
Laura R. Westbrook
Lax, Vaughan, Fortson, Jones & Rowe, P.A.
Cantrell West Building
11300 Cantrell Road, Suite 201
Little Rock, AR  72212

Nancy A. Mitchell
Greenberg Traurig, LLP
200 Park Avenue
New York, NY  10166

James F. Dowden
James F. Dowden, P.A.
212 Center Street, 10th Floor
Little Rock, AR  72201

Geoffrey B. Treece
Quattlebaum, Grooms, Tull & Burrow PLLC
111 Center Street, Suite 1900
Little Rock, AR  72201

E. Kent Hirsch
Hirsch Law Firm, P.A.
107 West Emma Avenue
Springdale, AR  72764

Jill Jacoway
Jacoway Law Firm, Ltd.
PO Drawer 3456
Fayetteville, AR  72702

      /s/ Karen Rinehart
Karen Rinehart, Esq.