IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
Fayetteville Division

5:13-bk-73597

| | |
|---|---|
| In re: | Chapter 11 |
| ALLENS, INC. and ALL VEG, LLC,[1] | Case No. 13-73597 (BTB) and 13-73598 (BTB) |
| Debtors. | Jointly Administered Under Case No. ~~13-73597 (BTB)~~ |

### AGREED ORDER AUTHORIZING DEBTOR TO SURRENDER AIRCRAFT AND RELATED RECORDS TO FIFTH THIRD EQUIPMENT FINANCE COMPANY

Upon the agreement of Allens, Inc. (the "Debtor") and Fifth Third Equipment Finance Company ("Fifth Third), with the consent of the Debtor's pre and post-petition secured lenders, authorizing the Debtor to surrender that certain 2003 Dassault Aviation Mystere-Falcon 50 Aircraft (the "Aircraft") subject to and more particularly described in that certain Aircraft Lease (S/N 329) dated as of September 9, 2003, recorded by the Federal Aviation Administration on October 30, 2003 and assigned FAA conveyance number J004428 (together with all Supplements, Exhibits, Riders and Addenda, as at any time amended, collectively, the "Lease"); and upon the record made at the hearing held by the Court on October 29, 2013; and, after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1.  The Debtor is authorized to immediately surrender and turn over the Aircraft, together with all Records (as that term is defined in the Lease) relating to the Aircraft, to Fifth Third or Fifth Third's agent(s); provided that the Debtor may maintain a copy of the Records..

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: All Veg, LLC (9250) and Allens, Inc. (5020). The Debtors' business address is 305 E. Main Street, Siloam Springs, Arkansas 72761.

*NY 243377450v2*

2. Fifth Third is authorized to accept the Aircraft and Records from the Debtor and to transport the Aircraft and Records, at Fifth Third's expense, to Hamilton, Ohio or a destination of Fifth Third's choosing.

3. Fifth Third shall not dispose of the Aircraft without a further order of this Court.

4. The automatic stay of 11 U.S.C. § 362, to the extent applicable, is modified to allow Fifth Third to proceed under the terms of this Order.

5. Any stay under Fed. R. Bankr. P. 4001(a)(3) is hereby waived.

6. This Order is binding upon the Debtor, any trustee appointed in this case or in any converted case, any Committee of Unsecured Creditors that may be appointed, and all parties-in-interest.

7. Except as otherwise provided in this Order, all of the Debtor's and Fifth Third's rights with respect to the Lease, the Aircraft and the Records and any claims of the Debtor or Fifth Third (including, but not limited to, any claims for reimbursement of the expenses incurred by Fifth Third to transport the Aircraft and the Records as provided in paragraph 2) are expressly reserved.

Dated: _____

*Ben Barry* (signature)
Ben Barry
United States Bankruptcy Judge
Dated: 10/30/2013

AGREED AND CONSENTED TO BY:

DEBTOR ALLENS, INC. and

FIFTH THIRD EQUIPMENT FINANCE COMPANY

2

NY 243377450v2