United States Bankruptcy Court
Western District of Arkansas

In re:  
Allens, Inc.  
    Debtor

Case No. 13-73597-btb  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0861-5     User: lisa     Page 1 of 1     Date Rcvd: Oct 28, 2013  
                         Form ID: pdf08Ac     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2013.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg        +E-mail/Text: cio.bncmail@irs.gov Oct 28 2013 23:02:33     Internal Revenue Service,  
       55 N. Robinson,    Oklahoma City, OK 73102-9229  
                                                                                                                                                                                                 TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2013                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2013 at the address(es) listed below:

          Andrew R. Turner    on behalf of Creditor    Ball Corporation aturner@cwlaw.com  
          Geoffrey B. Treece    on behalf of Creditor    Ryder Integrated Logistics, Inc. gtreece@qgtb.com,  
           lwest@qgtb.com  
          Geoffrey B. Treece    on behalf of Creditor    Ryder Truck Rental, Inc. gtreece@qgtb.com,  
           lwest@qgtb.com  
          James F. Dowden    on behalf of Creditor    Allegiant Staffing, Inc. jfdowden@swbell.net  
          James F. Dowden    on behalf of Creditor    Worksource, Inc. jfdowden@swbell.net  
          James F. Dowden    on behalf of Creditor    National Transit Staffing, Inc.. jfdowden@swbell.net  
          Jason N. Bramlett    on behalf of Creditor    Sankaty Credit Opportunities IV, L.P.  
           jbramlett@fridayfirm.com  
          Jason N. Bramlett    on behalf of Creditor    1903 Onshore Funding, LLC jbramlett@fridayfirm.com  
          Jason N. Bramlett    on behalf of Creditor    Sankaty Middle Market Opportunities Fund, L.P.  
           jbramlett@fridayfirm.com  
          Jason N. Bramlett    on behalf of Creditor    Cortland Capital Market Services LLC  
           jbramlett@fridayfirm.com  
          Jill R. Jacoway    on behalf of Creditor    Bank of America jacowaylaw@sbcglobal.net,  
           ar18@ecfcbis.com  
          Laura R. Westbrook    on behalf of not selected Nicholas E Allen lwestbrook@laxvaughan.com,  
           dblackburn@laxvaughan.com;smoulder@laxvaughan.com  
          Laura R. Westbrook    on behalf of not selected Roderick L Allen lwestbrook@laxvaughan.com,  
           dblackburn@laxvaughan.com;smoulder@laxvaughan.com  
          Laura R. Westbrook    on behalf of not selected Joshua C Allen lwestbrook@laxvaughan.com,  
           dblackburn@laxvaughan.com;smoulder@laxvaughan.com  
          Phyllis M. Jones    on behalf of not selected Nicholas E Allen pjones@laxvaughan.com,  
           lmcdaniel@laxvaughan.com,twashington@laxvaughan.com  
          Phyllis M. Jones    on behalf of not selected Roderick L Allen pjones@laxvaughan.com,  
           lmcdaniel@laxvaughan.com,twashington@laxvaughan.com  
          Phyllis M. Jones    on behalf of not selected Joshua C Allen pjones@laxvaughan.com,  
           lmcdaniel@laxvaughan.com,twashington@laxvaughan.com  
          Stan D. Smith    on behalf of Debtor    Allens, Inc. ssmith@mwlaw.com,  dwisdom@mwlaw.com  
          U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov,  
           Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdo  
           j.gov;eliane.m.archambeault@usdoj.gov  
                                                                                                                                                                                                TOTAL: 19

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
Fayetteville Division

| | |
|---|---|
| In re: | Chapter 11 |
| ALLENS, INC., Debtor | Case No. 13-73597 |

ORDER WITHDRAWING MOTION MOTION TO PAY AND HONOR ALL: (1) PREPETITION COMPENSATION AND BENEFITS TO EMPLOYEES, (II) PREPETITION COMPENSATION AND RELATED FEES ASSOCIATED WITH TEMPORARY EMPLOYEES, (III) PREPETITION EMPLOYEE BENEFIT PROGRAMS; AND (IV) WITHHOLDING OBLIGATIONS, AND (B) AUTHORIZING BANKS TO HONOR RELATED TRANSFERS LISTED AS DOCKET ENTRY NO. 7

The Court, for cause shown, finds that the MOTION TO PAY AND HONOR ALL: (1) PREPETITION COMPENSATION AND BENEFITS TO EMPLOYEES, (II) PREPETITION COMPENSATION AND RELATED FEES ASSOCIATED WITH TEMPORARY EMPLOYEES, (III) PREPETITION EMPLOYEE BENEFIT PROGRAMS; AND (IV) WITHHOLDING OBLIGATIONS, AND (B) AUTHORIZING BANKS TO HONOR RELATED TRANSFERS ("Motion") currently filed as Docket Entry No. 7 should be WITHDRAWN as duplicative. The Motion is also docketed at Docket Entry No. 8 and will remain docketed as Docket Entry No. 8.

IT IS SO ORDERED.

*Ben Barry*

Ben Barry
United States Bankruptcy Judge
Dated: 10/28/2013

_____
Date

Proposed order submitted by
Christopher McNulty

Entered On Docket: 10/28/2013