**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**Fayetteville Division**

| | |
|---|---|
| In re: | Chapter 11 |
| ALLENS, INC. and ALL VEG, LLC,[1] | Case No. 5:13-bk-73597 (BTB) and 5:13-bk-73598 (BTB) |
| Debtors. | Joint Administration Under Case No. 5:13-bk-73597 (BTB) |

**INTERIM ORDER AUTHORIZING THE DEBTORS TO**
**PAY CERTAIN PREPETITION SHIPPING AND**
**WAREHOUSING CHARGES IN THE ORDINARY COURSE OF BUSINESS**

Upon the motion (the "**Motion**")[2] filed by the above-captioned debtors and debtors-in-possession (the "**Debtors**"), seeking entry of an order for authority to pay, in the Debtors' sole discretion, certain prepetition shipping and warehouse charges in the ordinary course of business; and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 of title 11 of the United States Code (the "**Bankruptcy Code**"); and it appearing that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given; and after due deliberation thereon; and good and sufficient cause appearing therefor,

    **IT IS HEREBY ORDERED THAT:**

    1.    For the reasons set forth on the record, the Motion is GRANTED on an interim basis.

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: All Veg, LLC (9250) and Allens, Inc. (5020). The Debtors' business address is 305 E. Main Street, Siloam Springs, Arkansas 72761.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

*NY 243378086v2*

Entered On Docket: 10/31/2013

2.       The Debtors are authorized, but not directed, in their sole discretion (subject to the requirements and restrictions imposed on the Debtors under any order authorizing the use of cash collateral or authorizing the Debtors to enter into a debtor-in-possession financing facility), and without further application to or order of the Court, to pay in the ordinary course of business certain prepetition Shipping and Warehousing Charges as set forth in the Motion in an amount not to exceed $7,000,000.

3.       As a condition to resolving any payment pursuant to this Order, the Shippers and Warehousemen shall waive and release any previously asserted statutory lien, possessory lien, or any other lien on the assets of the Debtors.

4.       Nothing herein shall impair the Debtors' ability to contest, in their discretion, the validity and amounts of the Shipping and Warehousing Charges.

5.       Notwithstanding the relief granted herein and any actions taken hereunder, nothing contained herein shall constitute, nor is intended to constitute, the assumption or adoption of any contract or agreement under Bankruptcy Code section 365.

6.       All applicable banks and other financial institutions are hereby authorized to receive, process, honor, and pay any and all checks and transfer requests evidencing amounts paid by the Debtors under this Order whether presented prior to or after the Petition Date subject to the terms of the debtor-in-possesion financing provided that sufficient funds are in the Debtors' accounts.   Such banks and financial institutions are authorized to rely on the representations of the Debtors as to which checks are issued or authorized to be paid pursuant to this Order.

7.       The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

*NY 243378086v2*

8.      Rule 6003(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") has been satisfied because the relief requested in the Motion is necessary to avoid immediate and irreparable harm to the Debtors.

9.      Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10.     The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

11.     Notwithstanding anything to the contrary contained herein, any payment made, or authorization contained, hereunder shall be subject to the requirements and restrictions imposed on the Debtors under any order authorizing the use of cash collateral or authorizing the Debtors to enter into a debtor-in-possession financing facility and the documents associated with such facility, and shall be subject to all claims, liens, security interests and priorities granted in connection with such facility.

12.     The Debtors shall serve a copy of this Order on the Special Service List within three (3) business of entry of the order.  Any objection to entry of the Final Order shall be filed with the Court, and served upon (i) counsel to the Debtors (ii) counsel to the Pre-Petition First Lien Agent, (iii) counsel to the Pre-Petition Second Lien Agent, (v) the Pre-Petition Second Lien Agent, (vi) counsel to the proposed DIP Agent and (vii) counsel to any committee appointed pursuant to section 1102 of the Bankruptcy Code, if any, so as to be actually received on or before November 21, 2013 (the "**Objection Deadline**").  In the event no objections are filed by the Objection Deadline, a final order may be entered without further notice or a hearing.  In the event that any objection is timely filed, a hearing will be set by the Court and the relief granted herein will remain in effect on an interim basis pending such hearing.

Dated: _____

_Ben Barry_ _____

Ben Barry
United States Bankruptcy Judge
Dated:   10/31/2013

Prepared and submitted by:

MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201-3525
Telephone: (501) 688-8800
Facsimile: (501) 688-8807
Stan D. Smith (Ark. Bar No. 90117)
Lance R. Miller (Ark. Bar No. 85109)
Chris A. McNulty (Ark. Bar No. 08198)

-and-

GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Telephone:  (212) 801-9200
Facsimile:  (212) 801-6400
Nancy A. Mitchell
Maria J. DiConza
Matthew L. Hinker

_Proposed Counsel for the Debtors
and Debtors in Possession_

_NY 243378086v2_