IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
Fayetteville Division

| | |
|---|---|
| In re: <br><br> ALLENS, INC. and ALL VEG, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 5:13-bk-73597 (BTB) <br> and 5:13-bk-73598 (BTB) <br><br> Joint Administration <br> Under Case No. 5:13-bk-73597 (BTB) |

**INTERIM ORDER (I) AUTHORIZING THE DEBTORS TO PAY
PREPETITION SALES, USE, AND SIMILAR TAXES AND
REGULATORY FEES IN THE ORDINARY COURSE OF BUSINESS,
AND (II) AUTHORIZING BANKS AND FINANCIAL INSTITUTIONS TO
HONOR AND PROCESS CHECKS AND TRANSFERS RELATED THERETO**

Upon the motion (the **"Motion"**)[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") seeking entry of an order: (a) authorizing the Debtors to pay prepetition sales, use, and similar taxes in the ordinary course of business; (b) authorizing banks and financial institutions to honor and process checks and transfers related to such payments; and (c) providing any additional relief required in order to effectuate the foregoing; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given; and after due deliberation thereon; and good and sufficient cause appearing therefor,

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: All Veg, LLC (9250) and Allens, Inc. (5020). The Debtors' business address is 305 E. Main Street, Siloam Springs, Arkansas 72761.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

NY 243378063v2

Entered On Docket: 10/31/2013

**IT IS HEREBY ORDERED THAT:**

1. For the reasons set forth on the record, the Motion is GRANTED on an interim basis as set forth herein.

2. The Debtors are authorized, but not directed, to pay all prepetition Taxes to their Taxing Authorities, provided that the aggregate amount of such payment shall not exceed [$108,294.00] without further order of the Court.

3. The Debtors are also authorized, but not directed to pay any amounts in respect of the Taxes paid by prepetition checks that have not yet cleared on the Petition Date, and to reissue any checks that are otherwise returned by a Taxing and Regulatory Authority, as well as all those Taxes subsequently determined upon audit to be owed for periods prior to the Petition Date.

4. All applicable banks shall be, and hereby are, authorized, when requested by the Debtors in their sole discretion (subject to the requirements and restrictions imposed on the Debtors under any order authorizing the use of cash collateral or authorizing the Debtors to enter into a debtor-in-possession financing facility) to receive, process, honor, and pay any and all checks or electronic transfers drawn on the Debtors' accounts to pay the prepetition Taxes authorized by this Order, whether those checks were presented prior to or after the Petition Date, provided that sufficient funds are available in the applicable accounts to make the payments. The banks may rely on the Debtors as to which checks to honor to effect the relief sought in the Motion.

5. Nothing in the Motion or this Order shall be construed as impairing the Debtors' right to contest the validity, priority, or amount of any Taxes that may be due to any of the Taxing Authorities.

NY 243378063v2

6. Rule 6003(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") has been satisfied because the relief requested in the Motion is necessary to avoid immediate and irreparable harm to the Debtors.

7. Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the interpretation or implementation of this Order.

9. Notwithstanding anything to the contrary contained herein, any payment made, or authorization contained, hereunder shall be subject to the requirements and restrictions imposed on the Debtors under any order authorizing the use of cash collateral or authorizing the Debtors to enter into a debtor-in-possession financing facility and the documents associated with such facility, and shall be subject to all claims, liens, security interests and priorities granted in connection with such facility.

10. The Debtors shall serve a copy of this Order on the Special Service List within three (3) business of entry of the order. Any objection to entry of the Final Order shall be filed with the Court, and served upon (i) counsel to the Debtors (ii) counsel to the Pre-Petition First Lien Agent, (iii) counsel to the Pre-Petition Second Lien Agent, (v) the Pre-Petition Second Lien Agent, (vi) counsel to the proposed DIP Agent and (vii) counsel to any committee appointed pursuant to section 1102 of the Bankruptcy Code, if any, so as to be actually received on or before November 21, 2013 (the "**Objection Deadline**"). In the event no objections are filed by the Objection Deadline, a final order shall be entered without further notice or a hearing. In the event that any objection is timely filed, a hearing will be set by the Court and the relief granted herein will remain in effect on an interim basis pending such hearing.

Dated: _____

/s/ Ben Barry _____
Ben Barry
United States Bankruptcy Judge
Dated: 10/31/2013

Prepared and submitted by:

MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201-3525
Telephone: (501) 688-8800
Facsimile: (501) 688-8807
Stan D. Smith (Ark. Bar No. 90117)
Lance R. Miller (Ark. Bar No. 85109)
Chris A. McNulty (Ark. Bar No. 08198)

-and-

GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Nancy A. Mitchell
Maria J. DiConza
Matthew L. Hinker

*Proposed Counsel for the Debtors
and Debtors in Possession*

4