IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
Fayetteville Division

| | |
|---|---|
| In re: | Chapter 11 |
| ALLENS, INC. and ALL VEG, LLC,[1] | Case No. 5:13-bk-73597 (BTB) and 5:13-bk-73598 (BTB) |
| Debtors. | Jointly Administered Under Case No. 5:13-bk-73597 (BTB) |

**NOTICE OF SUCCESSFUL BIDDER AND BACK-UP BIDDER AND OF ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that pursuant to the Order (A) Authorizing and Approving the Bidding Procedures, (B) Authorizing Debtor Allens, Inc. to Enter Into the Stalking Horse Purchase Agreement and Provide Bid Protections, (C) Approving the Notice Procedures, (D) Setting a Date for the Sale Hearing and (E) Granting Related Relief [Docket No. 401] (the "**Bidding Procedures Order**")[2] entered by the United States Bankruptcy Court for the Western District of Arkansas (the "**Bankruptcy Court**"), the above captioned debtors and debtors in possession (collectively, the "**Debtors**") conducted an Auction for the sale of substantially all of the assets of Debtor Allens, Inc. ("**Allens**"), which commenced on February 3, 2014 at the offices of Greenberg Traurig, LLP in New York, New York and concluded on February 6, 2014 by telephonic conference.

**PLEASE TAKE FURTHER NOTICE** that at the Sale Hearing to be held on February 11, 2014 at 9:00 a.m. (prevailing Central Time), the Debtors will seek entry of an order (the "**Sale Order**") authorizing and approving the transactions contemplated by the Successful Bid, including the assumption and assignment of the executory contracts and unexpired leases (each a "**Contract or Lease**" and, collectively, the "**Contracts and Leases**").

**PLEASE TAKE FURTHER NOTICE** that at the Auction, the Debtors determined that the Successful Bidder was Sager Creek Acquisition Corp., a Delaware Corporation. The terms of the Successful Bid are set forth in the asset purchase agreement (together with all schedules and exhibits thereto, the "**APA**"), dated as of February 7, 2014, between Allens and the Successful Bidder, attached hereto as **Exhibit A**. The enterprise value under the Sager Creek APA is $159,980,000 (inclusive of estimated value of Assumed Liabilities, cure amounts and excluded assets).

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: All Veg, LLC (9250) and Allens, Inc. (5020). The Debtors' business address is 305 E. Main Street, Siloam Springs, Arkansas 72761.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Bidding Procedures Order.

NY 243551924v4

**PLEASE TAKE FURTHER NOTICE** that the Debtors also determined that the Back-Up Bidder is McCall Farms, Inc., a South Carolina Corporation. The terms of the Back-Up Bid are set forth in the asset purchase agreement (together with all schedules and exhibits thereto, the "**McCall Agreement**"), dated as of February 6, 2014, between Allens and the Back-Up Bidder, attached hereto as **Exhibit B**. The enterprise value under the McCall Farms APA is $124,606,000 (inclusive of estimated value of Assumed Liabilities, cure amounts and excluded assets).

**PLEASE TAKE FURTHER NOTICE** that at the Sale Hearing the Debtors will seek approval of the assumption and assignment to the Successful Bidder of the Contracts and Leases set forth on the Schedule 2.5(a)(i), and to the extent applicable Schedule 2.5(a)(iv) of the APA. Pursuant to the APA, the Successful Bidder may determine to add or exclude any Contract or Lease from the list of Contracts and Leases to be assumed no later than (i) five (5) days prior to the Sale Hearing, or, (ii) if the Court determines at any hearing on a Cure Amount/Assignment Objection that the applicable Cure Amount for such contract is greater than the Cure Amount proposed by the Debtors, no later than five (5) days following the date such determination is reflected in an order entered by the Bankruptcy Court. The non-debtor party or parties to any such excluded Contract or Lease will be notified of such exclusion by written notice mailed within two (2) business days of such determination. Pursuant to the APA, the Successful Bidder has also designated certain Contracts and Leases (the "**Designated Contracts**"), set forth on Schedule 2.5(a)(iv) to the APA, that may be added to the from the list of Contracts and Leases to be assumed pursuant to the terms of the APA.

**PLEASE TAKE FURTHER NOTICE** that the Back-Up Bidder shall be required to keep its Bid open and irrevocable until 4:00 p.m. (prevailing Central Time) on the date that is the earlier of thirty (30) days after the date of the conclusion of the Auction or the closing of the transaction with the Successful Bidder. Following the Sale Hearing to be held on February 11, 2014 at 9:00 a.m. (prevailing Central Time) in the Bankruptcy Court, if the Successful Bidder fails to consummate the APA, because of a breach or failure to perform on the part of the Successful Bidder within twenty-five (25) days following the entry of the Sale Order, or the APA is otherwise terminated in accordance with its terms, Allens may designate the Back-Up Bidder to be the new Successful Bidder, and Allens will be authorized, but not required, to consummate the transaction with the Back-Up Bidder without further order of the Court, including the assumption and assignment of the Contracts and Leases set forth on Schedule 2.5(a) of the McCall Agreement. Pursuant to the McCall Agreement, the Back-Up Bidder may determine to add or exclude any Contract or Lease from the list of Contracts and Leases to be assumed until one (1) day prior to the Sale Hearing. The non-debtor party or parties to any such excluded Contract or Lease will be notified of such exclusion by written notice mailed within two (2) business days of such determination.

NY 243551924v4

**PLEASE TAKE FURTHER NOTICE** that the non-debtor parties to any of the Contracts and Leases listed on Schedule 2.5(a)(i) and Schedule 2.5(a)(iv) to the APA and Schedule 2.5(a) to the McCall Agreement will have until the commencement of the Sale Hearing to object to the assumption, assignment and/or transfer of such Contract or lease solely on the issue of whether the Successful Bidder or Back-up Bidder, as applicable, can provide adequate assurance of future performance as required by section 365 of the Bankruptcy Code. Objections, if any, relating to the conduction of the Auction or the selection of the Successful Bid may be raised at the Sale Hearing. All objections must state with specificity the nature of such objection.

Dated: February 7, 2014

| | |
|---|---|
| MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.<br>Stan D. Smith (Ark. Bar No. 90117)<br>Lance R. Miller (Ark. Bar No. 85109)<br>Chris A. McNulty (Ark. Bar No. 08198)<br>425 West Capitol Avenue, Suite 1800<br>Little Rock, Arkansas 72201-3525<br>Telephone: (501) 688-8800<br>Facsimile: (501) 688-8807 | GREENBERG TRAURIG, LLP<br>Nancy A. Mitchell (*pro hac vice*)<br>Maria J. DiConza (*pro hac vice*)<br>Matthew L. Hinker (*pro hac vice*)<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 801-9200<br>Facsimile: (212) 801-6400 |

*Counsel for the Debtors and Debtors in Possession*

3

NY 243551924v4